IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MCCONNELL & MALEK ENTERPRISES, a | § | |
| California Corporation, dba | § | |
| SFDC CONSULTANTS | § | |
| | § | |
| V. | § | |
| | § | |
| PROOF MARK, INC. a Delaware Corporation | § | CAUSE NO. _____ |
| Dba PROOF ANALYTICS and DOES 1-30 | § | |
| INCLUSIVE | § | |

## NOTICE OF REMOVAL

Defendant, **PROOF MARK, INC. is a Delaware Corporation d/b/a PROOF ANALYTICS (hereinafter referred to as "PMI"),** files this Notice of Removal and states:

1. **The Lawsuit.** Plaintiff, MCCONNELL & MALEK ENTERPRISES, a California Corporation, dba SFDC CONSULTANTS, (hereinafter referred to as "MME") filed its Plaintiff's Original Petition ("Petition") on November 23, 2022, in the Superior Court of California County of Alameda, being numbered 22CV022580, on the docket of said court and being a suit to recover damages as a result of

1

Defendant's alleged promissory fraud, breach of contract, breach of implied covenant of good faith and fair dealing, and promissory fraud.

2. **Diversity Jurisdiction**. Complete diversity of citizenship exists between all Defendant, **PMI,** on the one hand and Plaintiffs, **MME,** on the other hand, as they are citizens of different states.

Defendants, **PROOF MARK, INC. is a Delaware Corporation. A true and correct copy of its Articles of Incorporation are attached hereto as Exhibit "A",** and are existing and doing business in the State of Delaware, at the time this action was filed. Defendant remains citizens of the State of Delaware as of the date of this removal.

The Plaintiff, **MME** is now and was in all times a resident of Oakland, County of Alameda, State of California and existing by virtue of the laws of the state of California with its principal place of business in the City of Oakland, State of California.

The amount in controversy exceeds $75,000.00. The Plaintiff's Original Petition contains causes of action claiming that PMI committed acts of promissory

fraud, breach of contract, breach of implied covenant of good faith and fair dealing, and promissory fraud.

The Court thus has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed by Defendants pursuant to 28 U.S.C. § 1441.

3. **State Court Documents Attached**.  Defendant, **PMI,** was served with Citation on December 2, 2022.  Attached to this Notice of Removal are true and correct copies of all process, pleadings, or orders received or filed in this action as of the filing of this removal.  Also attached hereto is a list of all counsel of record, including each attorney's bar number, addresses, telephone numbers, and parties represented.

4. **Relief Requested**.  All Defendants respectfully request that the United States District Court for the Northern District of California, accept this Notice of Removal and that it assume jurisdiction of this cause and issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final trial hereof.

Notice of Removal

Respectfully submitted,

WILSON & ASSOCIATES, P.C.

/s/ Stuart N. Wilson
STUART N. WILSON
TBC #21723300
Federal I.D. No. 5626
2100 West Loop South, Suite 1125
Houston, Texas  77027
Phone No.: (713) 479-9700
Fax No.:     (713) 871-9820
Service Email –
stuartwilson@swilsonpc.com
**ATTORNEY FOR DEFENDANT
PROOF MARK, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Notice of Removal,* I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF and I have served on the following attorney of record, by fax, electronic mail, U.S. Mail, and/or Certified Mail, Return Receipt Requested on this the 3RD day of January, 2023.

Phyllis Voisenant
Law Office of Phyllis Voisenant
1101 Marina Village Parkway, Suite 201
Alameda, CA  94501
pvoisenat@gmail.com

/s/ Stuart N. Wilson
STUART N. WILSON

Notice of Removal

4