UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCONNELL & MALEK ENTERPRISES,<br><br>  Plaintiff,<br><br>  v.<br><br>PROOF MARK, INC,<br><br>  Defendant. | Case No. 23-cv-00010-LJC<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT'S COUNSEL'S PRO HAC VICE APPLICATION** |

The Court is informed that defense counsel, Stuart N. Wilson, is neither a member of the State Bar of California nor the U.S. District Court for the Northern District of California.  As provided in Civil Local Rule 11-3, an attorney who is not a member of the Bar of the Northern District of California, but who is an active member in good standing of the bar of another United States court or of the highest court of another state or the District of Columbia, may appear in an action in this district only after he or she has completed the procedures for appearing *pro hac vice*. Within ten days of this order, counsel must apply to appear in this district *pro hac vice*. More information regarding *pro hac vice* appearance in this court, including the application form, is provided at https://www.cand.uscourts.gov/attorneys/pro-hac-vice-appearance/.

**IT IS SO ORDERED.**

Dated: January 17, 2023

LISA J. CISNEROS
United States Magistrate Judge