UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCONNELL & MALEK ENTERPRISES,<br><br>    Plaintiff,<br><br>    v.<br><br>PROOF MARK, INC,<br><br>    Defendant. | Case No. 3:23-cv-00010-LJC<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. Nos. 11, 12 |

The pro hac vice application of Attorney Stuart N Wilson Re: Dkt. Nos. 11, 12 is **Denied** for failing to comply with Civil Local Rule 11-3(a)(3). That rule requires the applicant's local co-counsel must be a "member of the bar of this Court". While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated:  January 23, 2023

LISA J. CISNEROS
United States Magistrate Judge