UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

McConnell & Malek Enterprises,

Plaintiff(s),

v.

Proof Mark, Inc.,

Defendant(s).

Case No. 23-cv-00010-LJC

**SECOND APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Stuart N. Wilson, an active member in good standing of the bar of Southern District of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Proof Mark, Inc in the above-entitled action. My local co-counsel in this case is Adam Grant, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 153271.

| | |
|---|---|
| 2100 West Loop South, Suite 1125, Houston, TX  77027 | 15165 Ventura Blvd., Suite 200, Sherman Oaks |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (713)479-9700 | (818)827-5155 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| stuartwilson@swilsonpc.com | agrant@grantshenon.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5626.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one (1) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2023                                                         Stuart N. Wilson
                                                                                APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stuart N. Wilson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 26, 2023

_____
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Stuart Neil Wilson, Federal ID No 5626

Admission date: February, 28, 1986

Dated January 20, 2023, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN THE MATTER OF:

MCCONNELL & MALEK ENTERPRISES v. PROOF MARK, INC.

Case No: 3:23-cv-00010-LJC

**PETITION FOR BAR MEMBERSHIP**
(CIVIL LOCAL RULE 11-1)

I, Adam D.H. Grant, an attorney qualified to practice before this Court, hereby respectfully submit the following information in support of my petition:

*Address of Record*: Grant | Shenon, APLC
15165 Ventura Blvd., Ste. 200
Sherman Oaks, CA 91403

*Telephone No. of Record*: (818) 881-5000

*Email address*: AGrant@grantshenon.com

I am an active member and am in good standing in the State Bar of California. My California state bar number is: 153271.

I certify that I know the contents of the Federal Rules of Civil and Criminal Procedure and Evidence, the Rules of the United States Court of Appeals for the Ninth Circuit and the Local Rules of this court, that I am familiar with the Alternative Dispute Resolution Programs of this court and that I understand and commit to abide by the Standards of Professional Conduct of this Court.

SWORN under penalty of perjury.

Dated: 1/24/2023

_____
PETITIONER

**OATH ON ADMISSION**

I, Adam D. H. Grant, do solemnly swear (or affirm) that as an attorney and as a counselor of this Court I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States.

Dated: 1/24/2023

_____
PETITIONER

*Please note that this form requires either a handwritten signature or the image of your actual signature (i.e. an electronic signature). The court will not accept a typed or conformed "/s/" signature on this form.*

[Print Form]    [Clear Form]

CAND PETITION & OATH *(rev. 11-2016)*

# Joshua Batista

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, January 25, 2023 7:40 AM |
| **To:** | Adam Grant |
| **Subject:** | NextGen CM/ECF Registration Status |

This email is notification that your NextGen CM/ECF electronic filing registration has been processed.  You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://urldefense.proofpoint.com/v2/url?u=https-3A__pacer.psc.uscourts.gov_pscof_manage_efileStatus.jsf&d=DwICAg&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=dZuH0BWVSH2MptT3RcpOiAFUdPTOEx8B-bhjfW2zKho&m=Cr3eOVGGXrNWf-RBhxropnfmMG8Kw34bcTO1ZbsSdWw&s=DcKtig8-NOdk_dNxxXbVCGMVt6rlUW0UP9D5Haeiqk4&e=.


  Account Number: 6234371
  Court: CALIFORNIA NORTHERN DISTRICT COURT
  Date/Time Submitted: 01/24/2023 19:17:28 CST
  Transaction ID: 48620
  Request: Registration
  Transaction Status: Processed

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox.  If you have questions or comments, please email them to ecfhelpdesk@cand.uscourts.gov.

----------

This email has been scanned for spam and viruses. Visit the following link to report this email as spam: https://procirrus.cloud-protect.net/index01.php?mod_id=11&mod_option=logitem&mail_id=1674661215-DbQ3C8aZC_ST&r_address=agrant%40alpertbarr.com&report=1

**Attorney Admissions**

## U.S. District Court

## California Northern District

**Notice of Electronic Filing**

The following transaction was entered by Grant, Adam on 1/25/2023 at 12:15 PM PST and filed on 1/25/2023
**Case Name:** v. USDC Northern District of California
**Case Number:** 3:23-cv-55555
**Filer:**
**Document Number:** 170

**Docket Text:**
**Petition for Bar Membership for Grant, Adam (CA SBN 153271) ( Filing fee $ 317, receipt number ACANDC-17928061.). (Filed on 1/25/2023)**

**3:23-cv-55555 No electronic notice will be sent.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Petition-for-Bar-Membership.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/25/2023] [FileNumber=19911749-0]
[9fef764bfb7e54b901249b11cf837f9aa2ed5ba7a036eceab0730b892c5f085d3ddc
7269ebb4d84afc2cc16ef215ac45db1eaa6a0f0cb6944fa9b3df2af0110c]]