UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCONNELL & MALEK ENTERPRISES,<br><br>Plaintiff,<br><br>v.<br><br>PROOF MARK, INC,<br><br>Defendant. | Case No. 23-cv-00010-LJC<br><br>**ORDER LIFTING STAY AND REINSTATING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 10 |

On January 18, 2023, the Court stayed all proceedings in this matter and vacated all deadlines pending the appearance of a defense counsel who was authorized to practice in this district. Dkt. 10. On January 26, 2023, the Court granted Wilson's application to appear *pro hac vice*. Dkt. 15.

In accordance with its January 18, 2023 order, the Court hereby lifts the stay of proceedings and reinstates the case schedule for this matter. Notably, the briefing schedule for Defendant's motion to dismiss is as follows: Plaintiff's opposition shall be due on or before February 9, 2023. Defendant's reply shall be due on or before February 16, 2023. The Court will hold the hearing on this motion on Tuesday March 9, 2023, at 10:30 am.

**IT IS SO ORDERED.**

Dated: January 27, 2023

LISA J. CISNEROS
United States Magistrate Judge