UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCONNELL & MALEK ENTERPRISES,<br><br>Plaintiff,<br><br>v.<br><br>PROOF MARK, INC,<br><br>Defendant. | Case No. 23-cv-00010-LJC<br><br>**ORDER SELECTING AN ADR PROCESS AND ALTERING CASE SCHEDULE** |

The Telephonic Conference Scheduled for April 5, 2023 is VACATED.

The parties and counsel in this action have indicated that they intend to stipulate to an ADR process, and at the March 9, 2023 hearing, counsel indicated their willingness to engage in mediation. Dkts 37, 38. Accordingly, the parties are referred to the Court's mediation program. ADR L.R. 2-3; 3-4(a)(2). The mediation shall be held within **ninety days** from the date of this Order. ADR L.R. 6-4(c).

Counsel shall review the Local Rules for Alternative Dispute Resolution in the United States District Court for the Northern District of California, and shall give close attention to ADR Local Rule 6 to understand the mediation process and requirements. The ADR Local Rules are available at https://cand.uscourts.gov/about/court-programs/alternative-dispute-resolution-adr/adr-local-rules/.

The April 13, 2023 hearing on Defendant's Motion to Compel Arbitration is continued to August 8, 2023 at 10:30 am. This hearing will be held in person at Courtroom G on the 15th Floor of the Phillip Burton Federal Building on 450 Golden Gate Avenue in San Francisco, California.

The parties' joint case management statement is due October 12, 2023, and the initial case

management conference will be held on October 19, 2023 at 1:30 PM on Zoom.

**IT IS SO ORDERED.**

Dated: April 5, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge