✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

PROOFMARK INC
                           Plaintiff (s),

V.

MCCONNELL & MALEK ENTERPRISES
                           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:23-cv-00010 LJC

Notice is hereby given that, subject to approval by the court, MCCONNELL & MALEK ENTERPRISES substitutes
(Party (s) Name)

Michael J. Tarutis, Esq , State Bar No. 188828 as counsel of record in
(Name of New Attorney)

place of Phyllis Voisenat, Esq. (CSB# 159095) .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Bend Law Group, PC
    Address:    2181 Greenwich St.,  San Fransciso, CA  94123
    Telephone:    (415) 633-6841    Facsimile  (303) 997-3270
    E-Mail (Optional):    michael@bendlawoffice.com

I consent to the above substitution.
Date: 04 / 12 / 2023

*Kevin Malek*
(Signature of Party (s))

I consent to being substituted.
Date: 04 / 12 / 2023

*Phylis Voisenat*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 04 / 12 / 2023

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 1, 2023

*[signature]*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

 Audit trail

| | |
|---|---|
| Title | USDC Substitution of Attorney |
| File name | Substitiution of Attorney Form.pdf |
| Document ID | 57e1a42d2a50812f0b926319054171faa25ed76a |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**  04 / 12 / 2023  22:50:58 UTC  
Sent for signature to Kevin Malek (kevin@sfdcconsultants.com) and Phyllis Voisenat (pvoisenat@gmail.com) from michael@bendlawoffice.com  
IP: 173.239.224.44

**VIEWED**  04 / 12 / 2023  23:02:11 UTC  
Viewed by Kevin Malek (kevin@sfdcconsultants.com)  
IP: 172.58.89.95

**SIGNED**  04 / 12 / 2023  23:03:09 UTC  
Signed by Kevin Malek (kevin@sfdcconsultants.com)  
IP: 172.58.89.95

**VIEWED**  04 / 13 / 2023  03:34:33 UTC  
Viewed by Phyllis Voisenat (pvoisenat@gmail.com)  
IP: 73.162.162.69

**SIGNED**  04 / 13 / 2023  03:36:00 UTC  
Signed by Phyllis Voisenat (pvoisenat@gmail.com)  
IP: 73.162.162.69

**COMPLETED**  04 / 13 / 2023  03:36:00 UTC  
The document has been completed.

Powered by Dropbox Sign