UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCONNELL & MALEK ENTERPRISES,<br><br>    Plaintiff,<br><br>    v.<br><br>PROOF MARK, INC,<br><br>    Defendant. | Case No. 23-cv-00010-LJC<br><br>**ORDER REGARDING MEDITATION DEADLINE** |

The deadline previously set for the parties to complete mediation, ECF No. 45, is extended from July 5, 2023, to July 20, 2023.

**IT IS SO ORDERED.**

Dated: June 2, 2023

LISA J. CISNEROS
United States Magistrate Judge