STUART N. WILSON
Wilson & Associates, P.C.
Federal I.D. No. 5626
2100 West Loop South, Suite 1125
Houston, Texas 77027
Phone No.: (713) 479-9700

Attorney for Defendant,
PROOF MARK, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MCCONNELL & MALEK ENTERPRISES, a California corporation d/b/a SFDF CONSULTANTS<br><br>Plaintiff,<br><br>vs.<br><br>PROOFMARK, INC., a Delaware corporation d/b/a PROOF ANALYTICS and DOES 1-30 Inclusive,<br><br>Defendant. | Case No.: 23-cv-00010-LJC<br><br>**STIPULATION TO DISMISS THIS CASE WITH PREJUDICE AND RELEASE BY EACH PARTY** |

TO THE HONORABLE JUDGE OF SAID COURT:

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1. The above styled case is Dismissed with Prejudice.

2. Plaintiff, MCCONNELL & MALEK ENTERPRISES, d/b/a SFDF CONSULTANTS, fully releases and discharges any claims and causes of

action it has or may have against Defendant, PROOFMARK, INC., d/b/a PROOF ANALYTICS.

3. Defendant, PROOFMARK, INC., d/b/a PROOF ANALYTICS fully releases and discharges any claims and causes of action it has or may have against Plaintiff, MCCONNELL & MALEK ENTERPRISES, d/b/a SFDF CONSULTANTS, to include but not limited to claims for costs, attorney's fees and for malicious prosecution.

Dated – September 5, 2025

Respectfully Submitted:

WILSON & ASSOCIATES, P.C.

STUART N. WILSON
TBC #21723300
Federal I.D. No. 5626
2100 West Loop South, Suite 1125
Houston, Texas 77027
Phone No.: (713) 479-9700
Fax No.: (713) 871-9820
Service Email – stuartwilson@swilsonpc.com

ATTORNEYS FOR DEFENDANTS

BEND LAW GROUP, P.C.

MICHAEL J. TARUTIS SBN 188828 (CA)
2181 Greenwich Street
San Francisco, CA 94123
michael@bendlawoffice.com
Attorneys for PLAINTIFF
MCCONNELL & MALEK
ENTERPRISES d/b/a/
SFDF CONSULTANTS

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

September 5, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge